IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MARILYN SEILER,

        Plaintiff,

v.

CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

3:12-CV-00628-BR

JUDGMENT

Based on the Court's Opinion and Order (#26) issued August 14, 2013, the Court **AFFIRMS** the Commissioner's final decision and **DISMISSES** this matter.

Dated this 15th day of August, 2013.

                                                  */s/ Anna J. Brown*
                                                  ANNA J. BROWN
                                                  United States District Judge