IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MARILYN SEILER, | 3:12-CV-00628-BR |
| Plaintiff, | JUDGMENT |
| v. | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the Court's Opinion and Order (#26) issued August 14, 2013, the Court **AFFIRMS** the Commissioner's final decision and **DISMISSES** this matter.

Dated this 15th day of August, 2013.

*[signature]*
ANNA J. BROWN
United States District Judge

JUDGMENT